LOJO REALTY COMPANY, INC., Respondent, *v.* ESTATE OF ISAAC G. JOHNSON, a Corporation, Appellant.

(Argued January 11, 1933; decided March 14, 1933.)

*John Jay McKelvey* for appellant.

*Charles Hollender* and *John H. Unlandherm* for respondent.

Appeal dismissed, with costs, on the ground that the judgment as entered is not a final judgment which disposes of the issues in the action.   No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.